UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/16/2024
```

MANNY PASTREICH, *as Trustee*, and
TRUSTEES OF THE BUILDING SERVICE 32BJ
HEALTH FUND,

               Plaintiffs,

-against-

R & N CAR SERVICE INC. *d/b/a* Everywhere Car
Services,

               Defendant.

1:24-cv-740 (MKV)

**ORDER**

MARY KAY VYSKOCIL, United States District Judge:

IT IS HEREBY ORDERED that by any motion for default judgment is due July 23, 2024.

The motion and supporting papers must comport in every particular with the Court's Individual

Rules of Practice, Attachment A.  **Failure to comply with this Order and the Court's Individual**

**Rules may result in sanctions, including dismissal for failure to prosecute.**

**SO ORDERED.**

**Date:  July 16, 2024**
     **New York, NY**

**MARY KAY VYSKOCIL**
**United States District Judge**